UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BARRY JOHN SALZER, )
 )
        Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
  v. )
 ) **CASE NO. 5:19-CV-457-D**
ANDREW M. SAUL, Commissioner of Social )
Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on June 30, 2020, and Copies To:**
| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

DATE:                                          PETER A. MOORE, JR., CLERK
June 30, 2020                     (By) /s/ Nicole Sellers
                                                Deputy Clerk